IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| **ROY MUNN, Individually,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | Case No. 4:21-cv-00290-RSB-CLR |
| | : | |
| **JS & TS PROPERTIES, LLC** | : | |
| **A Domestic Limited Liability Company** | : | |
| | : | |
| **Defendant.** | : | |

## JOINT NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Roy Munn ("Plaintiff") and Defendant JS & TS Properties, LLC ("Defendant") (Plaintiff and Defendant are collectively referred to as the "Parties"), having entered into a Confidential Settlement and Release Agreement ("Agreement") that resolves all claims that were or could have been brought in this action, hereby stipulate to the dismissal of this action with prejudice pursuant to FRCP 41(a)(1)(A)(ii). Unless otherwise stated in the Parties' Agreement, each party shall bear his/its own attorneys' fees, costs and expenses.

Jointly submitted this 24th day of November, 2021.

|  | WEINER, SHEAROUSE, WEITZ, GREENBERG & SHAWE, LLP |
|---|---|
| */s/ Pete M. Monismith* | */s/ Malcolm Mackenzie, III* |
| Pete M. Monismith, Esq.<br>Georgia Bar No. 941228 | Malcolm Mackenzie, III<br>Georgia Bar No. 463950 |
| 3945 Forbes Avenue, #175<br>Pittsburgh, Pennsylvania 15213<br>Telephone: (724) 610-1881<br>Email: pete@monismithlaw.com | 14 E. State Street<br>Savannah, GA 31401<br>Telephone: (912) 233-2251<br>mmackenzie@wswgs.com |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day caused to be served a copy of the within and foregoing **JOINT NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL WITH PREJUDICE** upon all parties to this matter by using the CM/ECF system which will send a notice of electronic filing to the following:

>Malcolm Mackenzie, III
>14 E. State Street
>Savannah, GA 31401
>mmackenzie@wswgs.com

This 23rd day of November, 2021.

>/s/ Pete M. Monismith
>Pete M. Monismith
>Georgia Bar No. 941228
>*Attorney for Plaintiff*

3945 Forbes Avenue, #175
Pittsburgh, Pennsylvania 15213
Telephone: (724) 610-1881
Email: pete@monismithlaw.com