IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ROY MUNN, <br><br> Plaintiff, <br><br> v. <br><br> JS & TS PROPERTIES, LLC, a Domestic Limited Liability Company, <br><br> Defendant. | CIVIL ACTION NO.: 4:21-cv-290 |

**O R D E R**

Before the Court is a "Joint Notice of Settlement and Stipulation of Dismissal With Prejudice" signed and filed by counsel for Plaintiff and counsel for Defendant on November 24, 2021, wherein the parties stipulate to the dismissal of this case with prejudice, with each party to bear its own attorney's fees, costs, and expenses. (Doc. 11.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court **DISMISSES** this action **WITH PREJUDICE**, with each party to bear its own attorney's fees, costs, and expenses. The Clerk is hereby authorized and directed to **CLOSE** this case.

**SO ORDERED**, this 16th day of December, 2021.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA